# MEMORANDUM DECISIONS.

BRIDGEWATER ROLLER MILLS CO. v. RECEIVERS OF BALTIMORE BUILDING & LOAN ASS'N. (Circuit Court of Appeals, Fourth Circuit. May 16, 1904.) No. 535. Appeal from the Circuit Court of the United States for the Western District of Virginia. Winfield Liggett and Roller & Martz, for appellant. T. N. Haas, for appellees. Appeal dismissed, under rule 20 (90 Fed. clxii, 31 C. C. A. clxii), on stipulation of attorneys. See 124 Fed. 718.

CHAMPAGNE LUMBER CO. v. NYBACK. (Circuit Court of Appeals, Seventh Circuit. January 30, 1904.) No. 1,025. In Error to the Circuit Court of the United States for the Western District of Wisconsin. Edward Smart, for plaintiff in error. D. B. Nash, J. J. Patelo, and Adolph Moses, for defendant in error. No opinion. Judgment (130 Fed. 784) affirmed.

CITY OF NEW YORK v. SHORTLAND BROS. CO. (Circuit Court of Appeals, Second Circuit. March 4, 1904.) No. 171. Appeal from the District Court of the United States for the Southern District of New York. E. Crosby Kindleberger, for appellant. James Forrester, for appellees. Before WALLACE, LACOMBE, and TOWNSEND, Circuit Judges. No opinion. Decree (129 Fed. 973) affirmed, with costs.